**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANDREW MAGDY KAMAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-989-UNA |
| | ) | |
| FEMTOSENSE, INC. and SAM FOK, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT FEMTOSENSE, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Femtosense, Inc. ("Femtosense") states that Femtosense has no parent corporation and no publicly held corporation owns 10% or more of Femtosense's stock.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Robert M. Vrana*

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Counsel for Defendants*

OF COUNSEL:

Ryan J. Malloy
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543

Dated: August 29, 2024

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 29, 2024, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY FEDERAL EXPRESS & EMAIL**

Andrew Kamal
801 West Big Beaver Road
Suite 300- MB No 038
Troy, MI 48084
andrew@starkdrones.org

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Robert M. Vrana*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Counsel for Defendants*